IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01223-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:               March 3, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                     *Counsel:*

BARBARA BOYLE,                                               Robert W. Loree

     Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE          L. Michael Brooks, Jr.
COMPANY OF HARTFORD,

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        8:33 a.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding **Unopposed Motion to Amend Scheduling Order to Extend Deadline for Discovery Cutoff and Dispositive Motion Deadline** [Doc. No. 25].

Discussion between the court and counsel regarding the need for additional time, counsel's advisement of scheduling issues, their previous request for an extension, and the depositions to be taken.

**ORDERED:**     *Unopposed Motion to Amend Scheduling Order to Extend Deadline for Discovery Cutoff and Dispositive Motion Deadline* [Doc. No. 25, filed 2/21/2014] is **GRANTED**.

                 The Discovery Cut-off deadline is extended to **March 31, 2014**.  The Dispositive Motion deadline is extended to **April 14, 2014**.

The court notes no further extensions of the deadlines will be given.

HEARING CONCLUDED.         **Court in recess:  8:50 a.m.**         Total time in court:   00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.