# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Case No. 13-cv-1223-WJM-CBS

BARBARA BOYLE

    Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, an Indiana corporation

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal, filed April 10, 2014 (ECF No. 35). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 11th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge